for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence J. Shearn* for the petitioner. *Mr. Clarence Blair Mitchell* for the respondent.

---

No. 1110. HYGIENIC FLEECED UNDERWEAR COMPANY, PETITIONER, *v.* PHŒNIX KNITTING WORKS ET AL. May 27, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Hector T. Fenton* for the petitioner. *Mr. Joseph C. Fraley* and *Mr. H. N. Paul, Jr.*, for the respondents.

---

No. 1119. THE LOUISVILLE & NASHVILLE RAILROAD COMPANY, PETITIONER, *v.* J. E. HELMS. May 27, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. C. Blount, Jr.*, and *Mr. William A. Blount* for the petitioner. *Mr. R. P. Reese* for the respondent.

---

No. 1121. MARX & RAWOLLE ET AL., PETITIONERS, *v.* THE UNITED STATES. May 27, 1912. Petition for a writ of certiorari to the United States Court of Customs Appeals denied. *B. A. Levett* for the petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Wemple* for the respondent.

---

No. 1122. THE GERMAN BANK OF CARROLL COUNTY, IOWA, ET AL., PETITIONERS, *v.* GEORGE C. BALL, RECEIVER, ETC. May 27, 1912. Petition for a writ of cer-